IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02864-RPM

TROY BROWNLOW,

    Applicant,

v.

RICK RAEMISCH, Exec Director, Colorado Dept of Corrections,
BARRY GOODRICH, Warden, Bent County Correctional Facility, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.
_____

ORDER SETTING TIME FOR REPLY
_____

    Pursuant to Rule 5 of the Rules Governing Section 2254 Cases, it is

    ORDERED that any reply to the Respondents' answer [Doc. 5] must be filed on or before December 30, 2014.

    DATED:   December 12th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge